IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| COLOPLAST A/S,<br>　　　　Plaintiff, | CIVIL ACTION |
|---|---|
| v. | |
| OAKWELL DISTRIBUTION INC., doing business as "DEVON MEDICAL PRODUCTS,"<br>　　　　Defendant. | NO. 15-1592 |

# O R D E R

**AND NOW**, this 22nd day of June, 2015, upon consideration of defendant Oakwell Distribution Inc., d/b/a Devon Medical Products' Motion to Dismiss Complaint (Document No. 11, filed May 8, 2015), and Plaintiff's Memorandum of Law Opposing Defendant's Motion to Dismiss Complaint (Document No. 13, filed June 5, 2015), for the reasons stated in the accompanying Memorandum dated June 22, 2015, **IT IS ORDERED** that defendant's Motion to Dismiss Complaint is **DENIED**.

**IT IS FURTHER ORDERED** that a preliminary pretrial conference will be scheduled in due course.

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　/s/ Hon. Jan E. DuBois

　　　　　　　　　　　　　　　　　　**DuBOIS, JAN E., J.**